UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DALE ANTWUN DAVIS,

      Plaintiff,

v.                              Case No. 3:16cv619-MCR-CJK

CORINTHY L. SUMMERLIN, et al.,

      Defendants.

_____/

<u>REPORT AND RECOMMENDATION</u>

This matter, brought under 42 U.S.C. § 1983 (doc. 1), is before the court on referral from the clerk.  Shortly after plaintiff filed his complaint, the undersigned entered an order (doc. 3) advising him the complaint is deficient and requiring him to correct the deficiency in an amended complaint.  The undersigned also noted plaintiff had neither paid the $400.00 filing fee nor submitted a motion to proceed *in forma pauperis* and advised his case could not proceed until he either paid the filing fee or filed a properly completed *in forma pauperis* motion.  The undersigned directed the clerk of court to send plaintiff the forms needed for filing an amended complaint and *in forma pauperis* motion and allowed plaintiff 30 days in which to

comply.  The undersigned advised plaintiff that failure to comply would result in a recommendation that the case be dismissed.

After more than 30 days passed and plaintiff had not complied with the order, the undersigned entered another order directing plaintiff to show cause within 14 days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court.  More than 14 days have passed and plaintiff has not responded.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2.  That the Clerk be directed to close the file.

At Pensacola, Florida this 18th day of January, 2017.

/s/ *Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**